### EDWARD HALL vs. ABNER MILLER.

A verbal agreement between parties to arbitrate a cause, before the sitting of the circuit, is a good ground of opposition to a motion for judgment as in case of non-suit, for not noticing and trying the cause at the circuit.

*Motion by defendant for judgment as in case of non-suit.*—The defendant's affidavit and certificate of the clerk of the circuit showed that issue was joined on the 14th January, 1845 ; the cause was not noticed for trial at the Otsego circuit, held on the 14th April, 1845, and issues of a younger date were tried in their regular order on the calendar. The plaintiff's attorney swore that the reason the cause was not noticed for trial was, that he made an agreement with the defendant to take the cause out of court and submit it to arbitrators, and that he had full authority from the

plaintiff to make the agreement. The defendant, as the only condition upon which he would arbitrate was, that he would name three men and would leave it to them or either of them. And plaintiff's attorney finally consented to leave it to Mark Gill, one of the three men named by defendant, as sole arbitrator, which was agreed to by defendant. The agreement was made a few days before the April circuit.

R. J. HILTON, *Defts Counsel.*     A. L. PRITCHARD, *Defts Atty.*

N. HILL Jr., *Plffs Counsel.*     H. BENNETT, *Plffs Atty.*

JEWETT, Justice.—Denied the motion, on the ground that the defendant had agreed to arbitrate.

Motion denied, with costs, without prejudice.